

| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>BOSTON<br>HOUSTON<br>LOS ANGELES<br>HANOI<br>HO CHI MINH CITY<br>ATLANTA | *FIRM and AFFILIATE OFFICES*<br><br>PAUL J. KILLION<br>DIRECT DIAL: 415.957.3141<br>PERSONAL FAX: +1 415 520 0421<br>*E-MAIL:* pjkillion@duanemorris.com<br><br>www.duanemorris.com | BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE<br>OF DUANE MORRIS*<br><br>MEXICO CITY<br>ALLIANCE WITH<br>MIRANDA & ESTAVILLO |

August 14, 2014

VIA E-MAIL

Molly Dwyer, Clerk of the Court
United States Courts for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

   Re: *Marshall Field v. American Mortgage Express, et al.*
      **U.S. Court of Appeals Case No. 12-16311 (Hon. Tashima, McKeown and Clifton)**

Dear Ms. Dwyer,

  On behalf of Defendant-Appellee Gevity HR, Inc., we respond briefly to the new case raised by Appellants in their rebuttal argument at this morning's hearing: *Sadeghi v. Sharp Memorial Medical Centerchula Vista,* 221 Cal.App.4th 598, 620 (Oct. 23, 2013) ("*Sadeghi*"). In *Sadeghi,* the California Court of Appeal "decline[d] to impose a definition set forth in the [California] Code of Civil Procedure on the medical peer review system." Specifically, Code of Civil Procedure section 581, subdivision (a)(6), "defines commencement of a trial as the beginning of opening statements or the examination of the first witness." (*Sadeghi,* 221 Cal.App.4th at 612, 620.) The court did not reject the application of section 581 generally to administrative proceedings, as the case was characterized this morning, but only rejected the application of its specialized definition regarding when "trial commences." The case is factually and legally distinguishable, as it is unrelated to res judicata, collateral estoppel, dismissal or abandonment of claims, does not involve wage claims under the California Labor Code, and is inapplicable to any other issues in the above-referenced action.

               Respectfully submitted,

               /s/ *Paul J. Killion*

               Paul J. Killion

cc: Harry G. Lewis, Esquire

---

DUANE MORRIS LLP

SPEAR TOWER, ONE MARKET PLAZA, SUITE 2200    PHONE: +1 415 957 3000  FAX: +1 415 957 3001
SAN FRANCISCO, CA 94105-1127
DM2\5076604.1